| | |
|---|---|
| 1 | Michael E. Hansen [SBN 191737] |
| | Attorney at Law |
| 2 | 711 Ninth Street, Suite 100 |
| | Sacramento, CA 95814 |
| 3 | 916.438.7711 FAX 916.864.1359 |
| 4 | Attorney for Defendant |
| | MAJOR NORTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:12-CR-00169 MCE |
| | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | | |
| MICHAEL LOTT, et al. | | |
| | Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Major Norton; Dan Koukol, attorney for defendant Lawrence Nelson; Olaf Hedberg, attorney for defendant Gaylord Franklin; David Fischer, attorney for defendant Narco McFarland; Kelly Babineau, attorney for defendant Eric Robinson; and Robert Holley, attorney for defendant Damian Peterson, that the previously-scheduled status conference date of June 7, 2012, be vacated and the matter set for status conference on August 9, 2012, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Also, a status conference is presently scheduled in related case number 2:11-CR-00190 MCE on August 9, 2012, at 9:00 a.m.

///

1

**Stipulation and [Proposed] Order to Continue Status Conference**

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, June 5, 2012, to and including August 9, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 5, 2012                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MAJOR NORTON

Dated: June 5, 2012                    /s/ Michael E. Hansen for
DAN KOUKOL
Attorney for Defendant
LAWRENCE NELSON

Dated: June 5, 2012                    /s/ Michael E. Hansen for
OLAF HEDBERG
Attorney for Defendant
GAYLORD FRANKLIN

Dated: June 5, 2012                    /s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant
NARCO McFARLAND

Dated: June 5, 2012                    /s/ Michael E. Hansen for
KELLY BABINEAU
Attorney for Defendant
ERIC ROBINSON

Dated: June 5, 2012                    /s/ Michael E. Hansen for
ROBERT HOLLEY
Attorney for Defendant
DAMIAN PETERSON

Dated: June 5, 2012                    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

2

**Stipulation and [Proposed] Order to Continue Status Conference**

# **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 5, 2012, to and including August 9, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 7, 2012, status conference shall be continued until August 9, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Status Conference**