```
Robert M. Holley (SBN 50769)
Attorney at Law
331 J Street, Ste. 200
Sacramento, CA 95814
Telephone: (916)443-2213


Counsel for Mr. Damian Peterson
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-00169-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER MODIFYING CONDITIONS OF |
| v. | ) PRETRIAL RELEASE |
| DAMIAN PETERSON, | ) |
| Defendant. | ) |
| _____ | ) |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the conditions of pretrial release imposed on defendant Damian Peterson on April 25, 2012, by The Honorable Gregory G. Hollows, United States Magistrate Judge, shall be modified to include the following additional condition as requested by his Pretrial Services Officer, Ms. Taifa Gaskins:

> The defendant shall participate in a cognitive behavioral treatment program as directed by the Pretrial Services Officer. Such program may include group sessions led by a counselor or participation in

////

////

a program administered by the Pretrial Services officer.

Dated: June 13, 2012

/s/ Robert M. Holley

Robert M. Holley
Counsel for Damian Peterson

Dated: June 13, 2012

/s/ Jason Hitt (by RMH)

Jason Hitt
Assistant United States Attorney

**ORDER**

On the stipulation of all parties and good cause appearing, IT IS SO ORDERED.

DATED: June 13, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
peterson0169.stipord.modify.cor.wpd