CHRISTOPHER HAYDN-MYER LAW OFFICES
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1704
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
EILEEN KNIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL LOTT, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Cr. No. 2:12-cr-00169 MCE <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME <br><br> Date: August 9, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; defendant Major Norton, through counsel Michael E. Hanson; defendant Lawrence Nelson, through counsel V. Roy Lefcourt; defendant Gaylord Franklin, through counsel Olaf W. Hedberg; defendant Clifford Bullock, through counsel Hayes H. Gable III; defendant Latroy Cunningham, through counsel Shari Rusk; defendant Eric Robinson, through counsel Kelly Babineau; defendant Dante Barbarin, through counsel Gilbert A. Roque; defendant Eileen Knight, through counsel Christopher Haydn-Myer; defendant Damian Peterson, through counsel Robert M. Holley; and defendant Mikel Brown, through counsel Ronald J. Peters, hereby stipulate and agree as follows:

1. A status conference is currently set for August 9, 2012 at 9:00 a.m.

///

1          2. By this stipulation, the above-named defendants now move to continue the status
2   conference to November 8, 2012 at 9:00 a.m., and to exclude time between August 9, 2012 and
3   November 8, 2012 under Local Codes T2 and T4 . Plaintiff does not oppose this request.
4          3.  The basis upon which the parties agree to this proposed continuance of the status
5   conference is as follows:
6          a.     This case was the product of a lengthy investigation in which wiretaps were utilized
7                 on multiple telephones.  The government has produced discovery which to date
8                 includes 1,952 pages containing wiretap applications, periodic reports, and
9                 investigative materials. Additionally, the government has provided defense counsel
10                with voluminous wiretap conversations.  Given this large volume of discovery,
11                defense counsel needs additional time to review the discovery and consult with their
12                respective clients.
13         b.     Counsel for each defendant believes that failure to grant the above-requested
14                continuance would deny their respective client the reasonable time necessary for
15                effective preparation, taking into account the exercise of due diligence.
16         c.     The discovery in this case and the facts of the alleged conspiracy are "complex"
17                within the meaning of 18 U.S.C. § 3161(h)(7)(b)(ii), [Local Code T2]. The parties
18                request the Court find this case to be "complex" and exclude time pursuant to Local
19                Code T2.
20         d.     Plaintiff does not object to the continuance.
21         e.     Based on the above-stated findings, the ends of justice served by continuing the
22                status conference as requested outweigh the best interest of the public and the
23                defendants in a trial within the original date prescribed by the Speedy Trial Act.
24         f.     For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et
25                seq., within which trial must commence, the time period from August 9, 2012 to
26                November 8, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. §
27                3161(h)(7)(a), B(ii) and (iv) [Local Code T2 and T4] because it results from a
28                continuance by the Court at the defendants request on the basis of the Court's finding

| | | |
|---|---|---|
| 1 | | that the ends of justice served by taking such action outweigh the best interest of the |
| 2 | | public and the defendants in a speedy trial. |

3  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the
4  Speedy Trial Act dictate that additional time periods are excludable from the period within which
5  a trial must commence.

6  5. Finally, Christopher Haydn-Myer has been authorized by all counsel to sign this
7  stipulation on their behalf.

8  **IT IS SO STIPULATED.**

9  DATED: August 6, 2012     BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States Attorney
                                           Attorney for Plaintiff United States

DATED: August 6, 2012     LAW OFFICES OF MICHAEL F. HANSON

                                           /s/ Michael F. Hanson
                                           MICHAEL F, HANSON
                                           Attorney for Defendant Major Norton

DATED: August 6, 2012     LAW OFFICES OF V. ROY LEFCOURT

                                           /s/ V. Roy Lefcourt
                                           V. ROY LEFCOURT
                                           Attorney for Defendant Lawrence Nelson

DATED: August 6, 2012     LAW OFFICES OF OLAF W. HEDBERG

                                           /s/ Olaf W. Hedberg
                                           OLAF W. HEDBERG
                                           Attorney for Defendant Gaylord Franklin

DATED: August 6, 2012     LAW OFFICES OF HAYES H. GABLE III

                                           /s/ Hayes H. Gable III
                                           HAYES H. GABLE III
                                           Attorney for Defendant Clifford Bullock

DATED: August 6, 2012     LAW OFFICES OF SHARI RUSK

                                           /s/ Shari Rusk
                                           SHARI RUSK
                                           Attorney for Defendant Latroy Cunningham

DATED: August 6, 2012          LAW OFFICES OF KELLY BABINAEU

                               /s/ Kelly Babineau
                               KELLY BABINAEU
                               Attorney for Defendant Eric Robinson

DATED: August 6, 2012          LAW OFFICES OF GILBERT A. ROQUE

                               /s/ Gilbert A. Roque
                               GILBERT A. ROQUE
                               Attorney for Defendant Dante Barbarin

DATED: August 6, 2012          CHRISTOPHER HAYDN-MYER LAW OFFICES

                               /s/ Christopher Haydn-Myer
                               CHRISTOPHER HAYDN-MYER
                               Attorney for Defendant Eileen Knight

DATED: August 6, 2012          LAW OFFICES OF ROBERT M. HOLLEY

                               /s/ Robert M. Holley
                               ROBERT M. HOLLEY
                               Attorney for Defendant Damian Peterson

DATED: August 6, 2012          LAW OFFICES OF RONALD J. PETERS

                               /s/ Ronald J. Peters
                               RONALD J. PETERS
                               Attorney for Defendant Mikel Brown

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE