LAW OFFICE OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916)760-2767
email:chrishaydn@sbcglobal.net

Attorney for Defendant
EILEEN KNIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S-12-169 MCE |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION BY THE PARTIES MODIFYING THE FOLLOWING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| EILEEN KNIGHT, | |
| Defendant. | |

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney Jason Hitt, defendant Eileen Knight, by her attorney, Christopher Haydn-Myer, hereby jointly request and stipulate that this Court may sign the Proposed Order, ordering that Ms. Knight abide by the following conditions of pretrial release.

The reason for the request is that on December 5, 2012, Ms. Knight completed The Effort's 90 day residential substance abuse treatment program and was permitted to return to her residence in Los Angeles under the previously imposed conditions of release. Ms. Knight's Pre-Trial Release Officer reports that she has been in compliance for approximately 90 days. Ms. Knight has requested that her electronic monitoring device be removed as a condition of her release. Pre-Trial Services and the Assistant U.S. Attorney Jason Hitt do not oppose the

modification.

```
                                        BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

Dated: April 8, 2013              Respectfully submitted,
                                        /s/ Jason Hitt
                                        CHRISTOPHER HAYDN-MYER for
                                        Assistant United States
                                        Attorney Jason Hitt


Dated: April 8, 2013              Respectfully submitted,
                                        /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Eileen Knight
```

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that condition number 11 of Ms. Eileen KNIGHT's pre-trial release is removed.

Dated: April 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE