The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>MICHAEL LOTT | Case Number:  2:12-cr-00169 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Michael

Hansen, attorney for defendant Major Norton; V. Rooy Lefcourt, attorney for defendant

Lawrence Nelson; Olaf Hedberg, attorney for defendant Gaylord Franklin; Clyde Blackmon,

attorney for Michael Lott; David Fischer, attorney for Narco McFarland; Hayes Gable, attorney

for Clifford bullock; Scott Cameron, attorney for Latroy Cunningham; Gilbert Roque, Attorney

for Dante Barabian, Chris Haydn-Myer, Attorney for Eileen Knight; Ronald Peters, attorney for

Mikel Brown;  Kelly Babineau, attorney for defendant Eric Robinson; and Robert Holley,

attorney for defendant Damian Peterson, that the previously-scheduled status conference date of April 11, 2013, be vacated and the matter set for status conference on May 30, 2013, at 9:00 a.m.

This case involves thousands of wiretap calls and voluminous discovery in the form of reports. As such, this continuance is requested to allow counsel additional time to review this discovery and review it with their clients, to examine possible defenses and to continue investigating the facts of the case. Also, a status conference is presently scheduled in related case number 2:11-CR-00190 MCE on May 30, 2013, at 9:00 a.m.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, April 9, 2013, to and including May 30, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.


IT IS SO STIPULATED.



Dated: April 9, 2013                                  Respectfully submitted,
                                                      /s/ Olaf W. Hedberg for
                                                      MICHAEL E. HANSEN
                                                      Attorney for Defendant
                                                      MAJOR NORTON

Dated: April 9, 2013                                   /s/ Olaf W. Hedberg for
                                                      V. Rooy Lefcourt
                                                      Attorney for Defendant
                                                      LAWRENCE NELSON

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
OLAF HEDBERG
Attorney for Defendant
GAYLORD FRANKLIN

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
CLYDE BLACKMON
Attorney for Defendant
MICHAEL LOTT

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
KELLY BABINEAU
Attorney for Defendant
ERIC ROBINSON

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
DAVID FISCHER
Attorney for Defendant
NARCO MCFARLAND

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
ROBERT HOLLEY
Attorney for Defendant
DAMIAN PETERSON

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
HAYES GABLE
Attorney for Defendant
CLIFFORD BULLOCK

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
SCOTT CAMEON
Attorney for Defendant
LATROY CUNNINGHAM

Dated: April 9, 2013

/s/ Olaf W. Hedberg for
GILBERT ROQUE
Attorney for Defendant
DANTE BARABIAN

Dated April 9, 2013

/s/ Olaf W. Hedberg for
CHRIS HAYDN-MYER
Attorney for Defendant
EILEEN KNIGHT

Dated April 9, 2013

/s/ Olaf W. Hedberg for
RON PETERS
Attorney for Defendant
MIKEL BROWN

Dated: April 9, 2013

BENJAMIN B. WAGNER
United States Attorney
By: /s/ Olaf W. Hedberg for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

4

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing there from, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 9, 2013, to and including May 30, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 11, 2013, status conference shall be continued until May 30, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:   April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE