Michael E. Hansen [SBN 191737]
Attorney at Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MAJOR NORTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL LOTT, et al.<br><br>　　　　　　　Defendants. | No. 2:12-CR-00169 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Clyde Blackmon, attorney for defendant Michael Lott; Michael Hansen, attorney for defendant Major Norton; V. Roy Lefcourt, attorney for defendant Lawrence Nelson; Olaf Hedberg, attorney for defendant Gaylord Franklin; Hayes Gable, attorney for defendant Clifford Bullock; David Fischer, attorney for defendant Narco McFarland; Scott Cameron, attorney for defendant Latroy Cunningham; Kelly Babineau, attorney for defendant Eric Robinson; Gilbert Roque, attorney for defendant Dante Barbarin; Christopher Haydn-Myer, attorney for defendant Eileen Knight; Robert Holley, attorney for defendant Damian Peterson; and Ronald Peters, attorney for Mikel Brown, that the previously-scheduled status conference date of May 30, 2013, be vacated and the matter set for status conference on August 1, 2013, at 9:00 a.m.

　　　This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1 An additional 300 pages of discovery was recently received from the U.S. Attorney's office.

2     The Government concurs with this request.

3     Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 28, 2013, to and including August 1, 2013.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

    IT IS SO STIPULATED.

Dated: May 28, 2013                                     Respectfully submitted,

                                                                               /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MAJOR NORTON

Dated: May 28, 2013                                     /s/ Michael E. Hansen for
CLYDE BLACKMON
Attorney for Defendant
MICHAEL LOTT

Dated: May 28, 2013                                     /s/ Michael E. Hansen for
V. ROY LEFCOURT
Attorney for Defendant
LAWRENCE NELSON

Dated: May 28, 2013                                     /s/ Michael E. Hansen for
OLAF HEDBERG
Attorney for Defendant
GAYLORD FRANKLIN

Dated: May 28, 2013                                     /s/ Michael E. Hansen for
HAYES GABLE, III
Attorney for Defendant
CLIFFORD BULLOCK

Dated: May 28, 2013                                     /s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant
NARCO McFARLAND

Dated: May 28, 2013                                     /s/ Michael E. Hansen for
SCOTT CAMERON
Attorney for Defendant
LATROY CUNNINGHAM

**Stipulation and [Proposed] Order to Continue Status Conference**

| | | |
|---|---|---|
| Dated: May 28, 2013 | | /s/ Michael E. Hansen for<br>KELLY BABINEAU<br>Attorney for Defendant<br>ERIC ROBINSON |
| Dated: May 28, 2013 | | /s/ Michael E. Hansen for<br>GILBERT ROQUE<br>Attorney for Defendant<br>DANTE BARBARIN |
| Dated: May 28, 2013 | | /s/ Michael E. Hansen for<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Defendant<br>EILEEN KNIGHT |
| Dated: May 28, 2013 | | /s/ Michael E. Hansen for<br>ROBERT HOLLEY<br>Attorney for Defendant<br>DAMIAN PETERSON |
| Dated: May 28, 2013 | | /s/ Michael E. Hansen for<br>RONALD PETERS<br>Attorney for Defendant<br>MIKEL BROWN |
| Dated: May 28, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**Stipulation and [Proposed] Order to Continue Status Conference**

The Court orders that the time from the date of the parties' stipulation, May 28, 2013, to and including August 1, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 30, 2013, status conference shall be continued until August 1, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: May 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and [Proposed] Order to Continue Status Conference**