Robert M. Holley (SBN 50769)
Attorney at Law
331 J Street, Ste. 200
Sacramento, CA 95814
Telephone: (916)443-2213

Counsel for Mr. Damian Peterson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-00169-MCE |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] |
| | ) ORDER MODIFYING CONDITIONS OF |
| v. | ) PRETRIAL RELEASE |
| DAMIAN PETERSON, | ) |
| Defendant. | ) |
| _____ | ) |

**BACKGROUND**

Both Mr. Peterson and his Pretrial Services Officer agree that Mr. Peterson has special need for professional psychiatric and counseling services as set forth herein below.  As set forth in this stipulation, government counsel is also in agreement.

**STIPULATION**

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the conditions of pretrial release imposed on defendant Damian Peterson on April 25, 2012, by The Honorable Gregory G. Hollows, United States Magistrate

Judge, shall be modified to include the following additional condition
as requested by his Pretrial Services Officer, Ms. Taifa Gaskins:

You shall participate in a program of medical or psychiatric
treatment, including treatment for drug or alcohol
dependency, as approved by the pretrial services officer. You
shall pay all or part of the costs of the **counseling** services
based upon your ability to pay, as determined by the pretrial
services officer.

Dated: August 29 , 2013

*/s/ Robert M. Holley*

_____
Mr.Robert M. Holley,Esq.
Counsel for Damian Peterson

Dated: August 29, 2013

*/s/ Jason Hitt (by RMH)*

_____
Mr.Jason Hitt,Esq.
Assistant United States Attorney

ORDER

On the stipulation of all parties and good cause appearing,
IT IS SO ORDERED.

Dated: August 29, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE