DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St, Ste 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NARCO MCFARLAND SR

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NARCO MCFARLAND, SR.,<br><br>  Defendant. | CR.S. No. 2:12-CR-00169 MCE<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES |

Defendant NARCO MCFARLAND, Sr. by and through his counsel, DAVID D. FISCHER, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby stipulate to the following:

It has been agreed by all parties for a temporary release of Mr. MCFARLAND from Tuesday, November 26, 2013, at 8:30 a.m. to 5:30 p.m. to attend the funeral of his uncle, GREGORY MCLEOD. Mr. MCFARLAND is currently in custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for May 1, 2014, for Trial Confirmation Hearing.

Mr. MCLEOD passed away on November 9, 2013. The funeral is scheduled for November 26, 2013, at the Wiggins Funeral Home, located at 524 Capitol St, Vallejo, California.

-1-

The government does not oppose this request so long as Mr. MCFARLAND is accompanied during the entire period of his temporary release by an investigator. Therefore, attorney DAVID FISCHER, has arranged for investigator JEFFREY J. WELLS, to accompany Mr. MCFARLAND to the funeral.

Pursuant to discussions with the U.S. Marshal's Office and the Sacramento County Main Jail, Mr. WELLS will pick up Mr. MCFARLAND at the Sacramento County Main Jail, transport him to the funeral service, and return him to Sacramento County Main Jail immediately after the funeral service. Mr. MCFARLAND will remain in the custody of Mr. WELLS the entire time of his release. Mr. WELLS will keep strict control over Mr. MCFARLAND at all times.

For the above reasons, Defendant NARCO MCFARLAND, SR., respectfully requests that the Court allow this temporary release.

DATE: November 20, 2013

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
NARCO MCFARLAND, SR

DATE: November 20, 2013

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**IT IS SO ORDERED**

**Dated: November 21, 2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE