HAYES H. GABLE, III
Attorney at Law - SBN 060368
428 J Street, Suite 354
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLIFFORD BULLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO 2:12-cr-00169 |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CLIFFORD BULLOCK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Clifford Bullock be transported from the Sacramento County Jail to the United States Marshal's Office by 1:00 p.m. on December 14, 2013. It is further ordered that Mr. Bullock be released to Ms. Lisa Gara, the defense investigator, who will serve as a third party custodian of Mr. Bullock. Ms. Gara is directed to transport and accompany Mr. Bullock to the defendant's grandmother's funeral at Kingdom Hall, 13980 County Road 99, in Woodland, California for the purpose of attending the funeral of Ms. Katherine Owens. Ms. Gara is ordered to return defendant Clifford Bullock to the United States Marshal's Office upon the conclusion of the funeral service, and in no event later than 6:30 p.m.

on December 14, 2013. Mr. Bullock is ordered to comply with all directions of third party custodian Lisa Gara.

IT IS SO ORDERED.

Dated: December 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT