UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-00169-MCE-5 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CLIFFORD BULLOCK, | |
| Defendant. | |

Upon further review, this Court's Order Granting Defendant's Motion for Temporary Release to Attend Funeral Services (ECF No. 205) is RESCINDED, and Defendant's Motion (ECF No. 203) is hereby DENIED .

IT IS SO ORDERED.

Dated: December 12, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1